# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| INVENSAS CORPORATION and TESSERA ADVANCED TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 8:20-mc-14 <br><br> [*Case pending in the United States District Court for the District of Delaware, Case No. 19-cv-861-RGA*] <br><br> **[PROPOSED] ORDER GRANTING NONPARTY EVGA CORPORATION'S MOTION TO QUASH** <br><br> Judge: TBD |

[Proposed] Order

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Before the Court is Nonparty EVGA Corporation's ("EVGA") motion to quash ("Motion"). Having considered the briefings in connection with EVGA's Motion, and all declarations and other supporting documents which have been filed in support of the briefs, and upon consideration of the facts, evidence, and arguments presented, and good cause having been shown, it is **HEREBY ORDERED** that EVGA's Motion is **GRANTED**. The Court orders that:

(1) Plaintiffs Invensas Corporation and Tessera Advanced Technologies, Inc.'s (collectively, "Invensas" or "Plaintiffs") subpoena to EVGA is quashed in its entirety because it would impose undue burden on EVGA by seeking irrelevant, confidential information, particularly given that EVGA is a nonparty and Invensas can obtain the information it purports to need from Defendant NVIDIA Corporation;

(2) Invensas shall reimburse EVGA for is costs, including attorneys' fees, in responding to the subpoena and filing the Motion because Invensas failed to take reasonable steps to avoid imposing an undue burden on EVGA as required by Federal Rule of Civil Procedure 45(d)(1), and the subpoena was issued by Invensas in bad faith, for an improper purpose, or in a manner inconsistent with existing law; and

(3) EVGA shall submit an accounting of its costs, including attorneys' fees, in responding to the subpoena and filing the Motion, within fourteen (14) days of this Order. Invensas shall file any objections within seven (7) days after receiving EVGA's accounting.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          United States District Judge

[Proposed] Order