**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Michael J. Song (SBN 243675)
michael.song@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Nonparty EVGA Corp.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| INVENSAS CORPORATION and TESSERA ADVANCED TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 8:20-mc-14<br><br>[*Case pending in the United States District Court for the District of Delaware, Case No. 19-cv-861-RGA*]<br><br>**EVGA CORPORATION'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nonparty EVGA Corporation ("EVGA") hereby states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for EVGA, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Invensas Corporation, a Delaware corporation;
2. Plaintiff Tessera Advanced Technologies, Inc., a Delaware corporation;
3. Defendant NVIDIA Corporation, a Delaware corporation; and
4. Nonparty EVGA Corporation, a privately held California corporation.

DATED: July 7, 2020                LTL ATTORNEYS LLP

                                   By:   */s/ Michael J. Song*

                                         Michael J. Song (SBN 243675)
                                         michael.song@ltlattorneys.com

                                         *Attorney for Nonparty EVGA Corp.*