**LTL ATTORNEYS LLP**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Michael J. Song (SBN 243675)
michael.song@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Nonparty EVGA Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| INVENSAS CORPORATION and TESSERA ADVANCED TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 8:20-mc-14<br><br>[*Case pending in the United States District Court for the District of Delaware, Case No. 19-cv-861-RGA*]<br><br>**EVGA CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS** |

Pursuant to Civil L.R. 83-1.4.1, Nonparty EVGA Corporation ("EVGA") hereby provides notice of the action currently pending in the U.S. District Court for the District of Delaware, entitled *Invensas Corp. et al. v. NVIDIA Corp.*, Case No. 19-cv-861-RGA (D. Del. filed May 8, 2019) (the "Underlying Action"). In this action, EVGA seeks an order quashing a subpoena requesting documents and a deposition from EVGA (the "Subpoena") issued by Plaintiffs Invensas Corporation and Tessera Advanced Technologies, Inc. (collectively, "Invensas" or "Plaintiffs") for use in the Underlying Action against NVIDIA Corporation ("NVIDIA" or "Defendant"). Below is a table of the parties in the Underlying Action and their counsel of record.

| | |
|---|---|
| Brian E. Farnan<br>bfarnan@farnanlaw.com<br>Michael J. Farnan<br>mfarnan@farnanlaw.com<br>**FARNAN LLP**<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br><br>Michael K. Plimack<br>mplimack@cov.com<br>Nitin Subhedar<br>nsubhedar@cov.com<br>Michael E. Bowlus<br>mbowlus@cov.com<br>Udit Sood<br>usood@cov.com<br>Ziwei Song<br>ksong@cov.com<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower<br>415 Mission Street<br>San Francisco, CA 94105-2533<br>Tel: (415) 591-6000<br>Fax: (415) 591-6091 | Denise Seastone Kraft<br>denise.kraft@dlapiper.com<br>Brian A. Biggs<br>brian.biggs@dlapiper.com<br>Erin E. Larson<br>erin.larson@dlapiper.com<br>**DLA Piper LLP**<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Tel: (302) 468-5645<br>Fax: (302) 778-7917<br><br>Mark Fowler<br>mark.fowler@dlapiper.com<br>Alan Limbach<br>alan.limbach@dlapiper.com<br>Clayton Thompson<br>clayton.thompson@us.dlapiper.com<br>Jake Zolotorev<br>jake.zolotorev@us.dlapiper.com<br>Carrie L. Williamson<br>carrie.williamson@dlapiper.com<br>Asa Wynn-Grant<br>asa.wynn-grant@dlapiper.com<br>Sangwon Sung<br>sangwon.sung@us.dlapiper.com |

| | |
|---|---|
| Robert T. Haslam<br>rhaslam@cov.com<br>Thomas E. Garten<br>tgarten@cov.com<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, CA 94306-2112<br>Tel: (650) 632-4700<br>Fax: (650) 632-4800<br><br>Matthew Phelps<br>mphelps@cov.com<br>**COVINGTON & BURLING LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>Fax: (212) 841-1010<br><br>*Attorneys for Plaintiffs Invensas Corporation and Tessera Advanced Technologies, Inc.* | **DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: (650) 833-2048<br>Fax: (650) 687-1138<br><br>*Attorneys for Defendant NVIDIA Corporation* |

DATED: July 7, 2020          LTL ATTORNEYS LLP

By:     */s/ Michael J. Song*

   Michael J. Song (SBN 243675)
   michael.song@ltlattorneys.com

   *Attorney for Nonparty EVGA Corp.*

---

2

EVGA's Notice of Pendency of Other Actions