Michael K. Plimack (SBN 133869)
mplimack@cov.com
Michael Bowlus (SBN 307277)
mbowlus@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000

Thomas E. Garten (SBN 247122)
tgarten@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| INVENSAS CORPORATION and TESSERA ADVANCED TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant | No. 8:20-mc-00014-CJC-DFM<br><br>[*Underlying case filed in the U.S. District Court for the District of Delaware, No. 19-cv-861-RGA*]<br><br>**JOINT STATUS REPORT** |

On August 21, 2020, the Court denied non-party EVGA Corporation's motion to quash as to Request Nos. 1 and 2 and ordered EVGA Corporation ("EVGA") to produce certain documents within 28 days of the order. Dkt. 17 at 3. The Court also ordered EVGA and Plaintiffs Invensas Corporation and Tessera Advanced Technologies, Inc. (collectively "Plaintiffs") "to submit a joint status report in 90 days advising the Court of any continued dispute related to the subpoena." *Id.*

Following this Court's order but prior to the deadline for EVGA to produce documents, the U.S. District Court for the District of Delaware issued orders on September 9, 2020, staying and administratively closing the underlying action pending *inter partes* review proceedings involving certain asserted patents. *See* Dkt. 21-2, 21-3.

Pursuant to the Court's August 21 Order, EVGA and Plaintiffs submit this Joint Status Report informing the Court that, given the Delaware Court's orders of September 9 staying the Underlying Litigation pending IPR, there is currently no dispute related to the subpoena.

| | |
|---|---|
| 1    DATED:  November 19, 2020 | |
| 2 | By:   /s/ *Michael E. Bowlus* |
| 3 | Michael K. Plimack (SBN 133869) |
| 4 | mplimack@cov.com |
|   | Michael E. Bowlus (SBN 307277) |
| 5 | mbowlus@cov.com |
| 6 | COVINGTON & BURLING LLP |
|   | Salesforce Tower |
| 7 | 415 Mission Street, Suite 5400 |
| 8 | San Francisco, California 94105-2533 |
|   | Telephone: + 1 (415) 591-60000 |
| 9 | |
| 10 | Thomas E. Garten (SBN 247122) |
|    | tgarten@cov.com |
| 11 | COVINGTON & BURLING LLP |
| 12 | 3000 El Camino Real, 5 Palo Alto Square |
|    | Palo Alto, California 94306-2112 |
| 13 | Telephone: + 1 (650) 632-4700 |
| 14 | |
| 15 | *Attorneys for Invensas Corporation and Tessera Advanced Technologies, Inc.* |
| 16 | |
| 17 | |
|    DATED:  November 19, 2020 | |
| 18 | By:   /s/ *Michael J. Song* |
| 19 | |
| 20 | Michael J. Song (SBN 243675) |
|    | michael.song@ltlattorneys.com |
| 21 | LTL ATTORNEYS LLP |
| 22 | 300 South Grand Ave., 14th Floor |
|    | Los Angeles, CA 90071 |
| 23 | Phone: (213) 612-8900 |
| 24 | |
|    | *Attorney for Nonparty EVGA Corp.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

JOINT STATUS REPORT

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 19, 2020

By: /s/ *Michael E. Bowlus*

Michael K. Plimack (SBN 133869)
mplimack@cov.com
Michael E. Bowlus (SBN 307277)
mbowlus@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-60000

Thomas E. Garten (SBN 247122)
tgarten@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real, 5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700

*Attorneys for Invensas Corporation and Tessera Advanced Technologies, Inc.*